# United States District Court
## Eastern District of Michigan

United States of America

V.

YAZAKI CORPORATION

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 12CR20064-1

USM Number:

John M. Majoris
<br>Defendant's Attorney

**THE DEFENDANT:**

■ Pleaded guilty to count(s)  **1 - 3 of the Information**.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 15 U.S.C. § 1 | Conspiracy to Restrain Trade | February 2010 | 1, 2 & 3 |

The defendant is sentenced as provided in pages **2 through 3** of this judgment.  This sentence is imposed pursuant to the Sentencing Reform Act of 1984

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 1, 2012
<br>Date of Imposition of Judgment

s/George Caram Steeh
<br>United States District Judge

March 01, 2012
<br>Date Signed

DEFENDANT:  YAZAKI CORPORATION
CASE NUMBER:  12CR20064-1

# CRIMINAL MONETARY PENALTIES

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $ 1,200.00 | $ 470,000,000.00 | $ 0.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|---|
| **TOTALS:** | $ 0.00 | $ 0.00 | | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT:  YAZAKI CORPORATION
CASE NUMBER:  12CR20064-1

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:
[F] Special instructions regarding the payment of criminal monetary penalties:  **A fine of $470 million pursuant to 18 U.S.C. 3571(d) payable in installments with interest accruing under 18 U.S.C. 3612(f)(1)-(2).  $78333333.33 plus any accrued interest within 45 days of imposition of sentence; $78333333.33 plus any accrued interest at the one year anniversary of sentence; $78333333.33 plus any accrued interest at the two year anniversary of sentence; $78333333.33 plus any accrued interest at the three year anniversary of sentence; $78333333.33 plus any accrued interest at the four year anniversary of sentence and $78333333.35 plus any accrued interest at the fifth year anniversary.  The defendant shall have the option at any time before the five year anniversary of prepaying the remaining balance plus any accrued interest then owing on the fine.**

Unless the court has expressly ordered otherwise in the special instructions above, while in custody, the defendant shall participate in the Inmate Financial Responsibility Program.  The Court is aware of the requirements of the program and approves of the payment schedule of this program and hereby orders the defendant's compliance.  All criminal monetary penalty payments are to be made to the Clerk of the Court, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.